**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                      NO. 4:12CR00263-02 JLH

ROSA SANTANA                                                             DEFENDANT

## **ORDER**

      Rosa Santana pled guilty to one count of misprison of a felony in violation of 18 U.S.C. § 4. She was sentenced to two years probation and fined $2,000. Her probation began on the date of sentencing, March 27, 2014.

      Santana has now filed a motion for early termination of probation, pointing out that she has paid her fine and stating that she has bettered herself by attending college, has maintained employment, and has exercised due diligence in respecting and complying with the rules and conditions of her probation. She also says that she is contemplating a move to Oklahoma, and she believes that judicial economy supports an early discharge of her probation rather than a transfer of it.

      The United States has responded and objects to early termination because Santana has had two violations during the thirteen months that she has been on probation: she failed to notify the United States Probation Office of a new line of credit and she failed to notify the office of contact with a law enforcement agency.

      The statute provides that, after considering the relevant factors in 18 U.S.C. § 3553(a), the Court may terminate probation previously ordered and discharge the defendant after the expiration of one year, provided the Court is satisfied that the action is warranted by the conduct of the defendant and the interest of justice. 18 U.S.C. § 3564(b). The Court is not satisfied that Santana's

conduct or the interest of justice warrants early termination of probation.  Therefore, the motion is denied.  Document #88.

 IT IS SO ORDERED this 14th day of May, 2015.

               _____
               J. LEON HOLMES
               UNITED STATES DISTRICT JUDGE